IN THE MATTER OF        *        IN THE COURT OF APPEALS

THE APPLICATION FOR        *        OF MARYLAND

RESIGNATION OF        *        Misc. Docket AG No. 45

CURTIS ARNOLD, JR        *        September Term, 2019

### ORDER

UPON CONSIDERATION of the Application to Resign from the Practice of Law of Curtis Arnold, Jr. and the response of Bar Counsel filed thereto, it is this 19th day of December, 2019;

ORDERED, by the Court of Appeals of Maryland, that the resignation of Curtis Arnold, Jr. from the Bar of the State of Maryland is hereby accepted; and it is further

ORDERED, that the Clerk of this Court shall remove the name Curtis Arnold, Jr. from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the Clerks of all judicial tribunals in this State.

/s/ Mary Ellen Barbera
Chief Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk